UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEIDRE L. SANDERS** | § | **CIVIL ACTION NO. 2:21-cv-00399** |
| | § | |
| **VS.** | § | **JUDGE TERRY A. DOUGHTY** |
| | § | |
| **CITY OF JENNINGS** | § | **MAGISTRATE JUDGE KAY** |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the plaintiff, DEIDRE L. SANDERS, and defendant, CITY OF JENNINGS, who have amicably resolved their differences and move to dismiss the plaintiff's action, in its entirety and with full prejudice, with each party to bear its own court costs.

**WHEREFORE**, the plaintiff, DEIDRE L. SANDERS, and defendant, CITY OF JENNINGS, pray that all claims filed by the plaintiff against the above referenced defendant be dismissed, in their entirety, with full prejudice, and with each party to bear its own court costs. Respectfully submitted,

| | |
|---|---|
| **SUDDUTH & ASSOCIATES, LLC** | **NEUNERPATE** |
| | |
| */s/ James E. Sudduth, III* | */s/ Robert E. Torian* |
| **JAMES E. SUDDUTH, III - #35340** | **ROBERT E. TORIAN - #18468** |
| james@saa.legal | rtorian@neunerpate.com |
| **KOURTNEY L. KECH - #37745** | **JASON T. REED - #28733** |
| kourtney@saa.legal | jreed@neunerpate.com |
| **PIERCE A. RAPIN - #38579** | One Petroleum Center, Suite 200 |
| pierce@saa.legal | 1001 West Pinhook Road (zip 70503) |
| 1109 Pithon Street | Post Office Drawer 52828 |
| Lake Charles, LA 70601 | Lafayette, LA 70505-2828 |
| Phone: (337) 480-0101 | Telephone: (337) 237-7000 |
| Fax: (337) 419-0507 | Facsimile: (337) 233-9450 |
| *Counsel for Plaintiff, Deidre L. Sanders* | *Counsel for City of Jennings* |

-2-

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Joint Motion and Order to Dismiss was filed electronically with the Clerk of Court and all parties through counsel of record, if represented, and individually if not represented, using the CM/ECF system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

Lake Charles, Louisiana, this 8th day of August 2022.


*/s/ James E. Sudduth, III*
COUNSEL