UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DEIDRE L SANDERS** | **CIVIL ACTION NO. 2:21-cv-00399** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF JENNINGS** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Joint Motion to Dismiss Case [Doc. No. 18],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. All of Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

MONROE, LOUISIANA, this 9th day of August 2022.

_____
Terry A. Doughty
United States District Judge